# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Laverne Precythe                                            Docket No. 7:09-CR-106-1BR

### Petition for Action on Probation

      COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Laverne Precythe, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§841(a)(1) and 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on January 4, 2010, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

4. Upon release from the residential reentry center, the defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 180 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

5. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

6. While under supervision in the Eastern District of NC, the defendant shall participate in the

Laverne Precythe
Docket No. 7:09-CR-106-1BR
Petition For Action
Page 2

      DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

7.     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

8.     The defendant shall pay a special assessment of $100.00 and restitution of $10,520.78.

On June 2, 2010, the court modified the defendant's supervision to grant a one-time pass from the residential reentry center to attend her daughter's graduation ceremony.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 18, 2010, the defendant entered Bannum Place of Wilmington to begin serving the 180 day residential reentry center placement. The defendant has been referred to local community resources for drug and mental health treatment.

On June 25, 2010, the probation officer was contacted by Bannum Place officials and the defendant's mother, Norma Walston, regarding the defendant's brother, Gary Leonard Walston. On June 25, 2010, Walston had surgery to attempt to remove a malignant tumor. The doctors were not able to remove the tumor and his prognosis for recovery at this time appears bleak. The defendant has requested permission to visit her brother at Wayne Memorial Hospital.

Inasmuch as the defendant has been compliant with the conditions of probation, the probation officer is recommending that the defendant be allowed to visit her brother.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant be granted a one-time pass to visit her brother at Wayne Memorial Hospital in Goldsboro, North Carolina, as arranged by the probation officer.

Laverne Precythe
Docket No. 7:09-CR-106-1BR
Petition For Action
Page 3

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Djoni B. Barrett |
| Robert L. Thornton | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546-6862 |
| | Phone: (910) 347-9038 |
| | Executed On: June 28, 2010 |

**ORDER OF COURT**

Considered and ordered this 28 day of June, 2010, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge